UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CANDI BUMBREY, ZENAYIA LEGRAND, AND
YANICK JACKSON

                                                   Plaintiff,

-against-

THE CITY OF NEW YORK, DENNIS MOONEY,
VICNENT ORSINI, GEORGE BOAN, ANDREW
KINSELLA, RAYMOND WITTICK, BRENDAN
O'BRIEN, MATHEW REGINA, LEONARD
CIURCINA and DWAYNE BREWSTER,

                                                   Defendants.
------------------------------------------------------------------x

**STIPULATION OF DISMISSAL**

10-CV-5188 (ENV) (RML)

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims of plaintiff Yanick Jackson are hereby dismissed with prejudice.

Dated: New York, New York
           February ___, 2013

| | |
|---|---|
| Leventhal & Klein, LLP<br>*Attorneys for Plaintiff Yanick Jackson*<br>45 Main Street, Suite 230<br>Brooklyn, New York 11201<br>(718) 722-4100<br><br>By: _____<br>     Brett Klein, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br> City of New York<br>*Attorney for Defendants City of New York,*<br>*Mooney, Orsini, Boan, Kinsella, Wittick,*<br>*O'Brien, Regina, Ciurcina and Brewster*<br>100 Church Street, Rm. 3-126<br>New York, New York 10007<br>Email: bkuruvil@law.nyc.gov<br><br>By: _____<br>     Ben N. Kuruvilla<br>     Assistant Corporation Counsel |