

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Ben Kuruvilla<br>*Special Federal Litigation*<br>(212) 788-6405<br>(212) 788-9776 (fax)<br>bkuruvil@law.nyc.gov |

April 1, 2013

**Via ECF**
Hon. Eric N. Vitaliano
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Candi Bumbrey, et al. v. City of New York, et al.</u>,
             1:10-cv-5188-ENV-RML

Dear Judge Vitaliano:

      I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants in this action. Plaintiff Yanick Jackson has agreed to withdraw her claims in this action and the parties have filed a Stipulation of Dismissal as to her claims. <u>See</u> Docket Entry No. 22. The remaining plaintiffs, Candi Bumbrey and Zenayia Legrand, have reached an agreement with defendants to settle their claims. Please find attached an executed copy of a Stipulation and Order of Dismissal, which is being submitted for the Court's endorsement, regarding the settlement of the claims of plaintiffs Candi Bumbrey and Zenayia Legrand.

      I thank the Court for its time and consideration of this request.

                                                                   Respectfully submitted,

                                                                   Ben Kuruvilla

cc:    Brett H. Klein, Esq.      **By ECF**
       *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CANDI BUMBREY, ZANAYIA LEGRAND and YANICK JACKSON,

Plaintiffs,

-against-

THE CITY OF NEW YORK, DENNIS MOONEY, VICNENT ORSINI, GEORGE BOAN, ANDREW KINSELLA, RAYMOND WITTICK, BRENDAN O'BRIEN, MATHEW REGINA, LEONARD CIURCINA and DWAYNE BREWSTER,

Defendants.
-----------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

10-CV-5188 (ENV) (RML)

**WHEREAS**, the plaintiff Yanick Jackson has withdrawn her claims with prejudice, and the remaining parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

| | |
|---|---|
| Leventhal & Klein, LLP<br>*Attorneys for Plaintiffs*<br>45 Main Street, Suite 230<br>Brooklyn, New York 11201<br>(718) 722-4100 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York,*<br>*Mooney, Orsini, Boan, Kinsella, Wittick,*<br>*O'Brien, Regina, Ciurcina and Brewster*<br>100 Church Street, Rm. 3-126<br>New York, New York 10007 |
| By: _____<br>       Brett Klein | By: _____<br>       Ben Kuruvilla<br>       *Assistant Corporation Counsel* |

The Court is deemed to close this case.

~~Brooklyn~~ ~~New~~ York, New York
_____, 2013

APR 2 2 2013

SO ORDERED:

  s/ ENV

_____
UNITED STATES DISTRICT JUDGE

2